# Criminal Case Cover Sheet

**U.S. District Court**

FILED: REDACTED

**Place of Offense:**
- Under Seal: ☐
- City: Arlington
- County: Arlington

Superseding Indictment:
Same Defendant:
Magistrate Judge Case No.:
Search Warrant Case No.:
Related Cases: 1:14-CV-1215

Judge Assigned: O'Grady
Criminal No.: 1:19-CR-270
New Defendant: X
Arraignment Date:
R. 20/R. 40 From:

**Defendant Information:**
- Defendant Name: Kelley Rogers
- Alias(es):
- Juvenile: ☐   FBI No.:
- Address: Annapolis, MD
- Employment:
- Birth Date: XX/XX/1963
- SSN: XXX-XX-5981
- Sex: Male
- Race: Caucasian
- Nationality: U.S.
- Place of Birth: U.S.
- Height:   Weight:   Hair:   Eyes:   Scars/Tattoos:
- Interpreter: ☐   Language/Dialect:
- Auto Description:

**Location/Status:**
- Arrest Date:
- Already in Federal Custody as of:   in:
- ☐ Already in State Custody
- ☐ On Pretrial Release
- ☒ Not in Custody
- ☐ Arrest Warrant Requested
- ☐ Fugitive
- ☐ Summons Requested
- ☐ Arrest Warrant Pending
- ☐ Detention Sought
- ☐ Bond

**Defense Counsel Information:**
- Name: Danny Onorato / Stuart Sears
- ☐ Court Appointed
- Counsel Conflicts:
- Address: 575 7th Street, NW, Washington, DC 20004
- ☒ Retained
- Phone: (202) 824-1200
- ☐ Public Defender
- ☐ Federal Public Conflicted Out

**U.S. Attorney Information:**
- AUSA(s): Kimberly Riley Pedersen, AUSA
- Phone: 703-299-3700
- Bar No.:

**Complainant Agency - Address & Phone No. or Person & Title:**
Special Agent Christian T. Roccia, FBI

| U.S.C. Citations: | Code/Section | Offense Charged | Count(s) | Capital/Felony/Misd./Petty |
|---|---|---|---|---|
| Set 1: | 18 U.S.C. § 1343 | Wire Fraud | 1 | Felony |
| Set 2: | | | | |

Date: September 4, 2019
AUSA Signature: *Kimberly R. Pedersen*

may be continued on reverse