# EXHIBIT A



From: ▮▮▮▮▮ [mailto:▮▮▮▮▮]
Sent: Monday, March 25, 2013 9:29 AM
To: Kelley Rogers
Cc: ▮▮▮▮▮
Subject: Direct Mail Results

Kelley,

The mailings have been dismal (results through Friday 3/22 are below) and here are my reasons based on comments received:

1. Our donor base is old and dying;
2. Some are so disappointed in Obama's victory that they have given up;
3. Many claim that they no longer can afford to give; and
4. Although unstated, people don't see the urgency.

We need to give our donors a reason to give, and it's not ▮▮▮▮▮ and certainly not ▮▮▮▮▮ and may not even be ▮▮▮▮▮, although he is the best bet of the three. Let's try to brain storm some ideas in the next couple of days.

Scott

| SOURCE | COUNT | AMOUNT | AVERAGE |
|---|---|---|---|
| JAN13 | 1,476 | 40,530.54 | $27.46 |
| MAR13 | 130 | 4,792.00 | $36.86 |
| **TOTALS** | 1,606 | 45,322.54 | $28.22 |

```
TOTAL RECEIPTS                          45,322.54
LESS: DIRECT MAIL COSTS
            JAN13 (2)      59,507.00
            MAR13          10,274.80
TOTAL COSTS                            (69,781.80)

NET TO DATE                            (24,459.26)
```

# EXHIBIT B



**From:**
6/12/2013 10:44:34 -0400
Kelley Rogers -
**Subject:** Fwd: Yesterday's StrikeForce Email

IRS email bombed. See ▓▓ suggestions below.

Sent from my iPhone

Begin forwarded message:

> **From:** ▓▓▓▓
> **Date:** June 12, 2013, 10:42:55 AM EDT
> **To:** ▓▓▓▓
> **Subject: Re: Yesterday's StrikeForce Email**
>
> Morning ▓▓,
>
> Yesterday's email was unfortunately a virtual repeat of last week's. While it appears that the IRS lawsuit isn't playing well with the StrikeForce house file, we also have been seeing some very low results across the board on most of our mailings. This in spite of different copy writers, different appeals, etc. It's just shaping up to be a bad week to mail all-around.
>
> That said, if StrikeForce would be willing to test an appeal on the immigration issue, it looks like that's going to be the next big thing. Perhaps a fund to buy ads directly combatting the liberal-run, fake "conservative" PAC Americans for a Conservative Direction? (http://www.breitbart.com/Big-Government/2013/05/07/Republican-group-Facebook-immigration-bill) Or, alternatively, a fund to bring border state residents to Washington to testify to Congress about the importance of border security? Or, we could stick to the straightforward "help us put the pressure on D.C." angle.
>
> Please let me know if any of these sound good to you, or if you'd like to go in a different direction.
>
> Here are the numbers from yesterday's send:
>
> Total spent: $1,000
> Total raised: $530
> Donations: 17
> Avg. gift: $31.10
>
> Very unfortunate that this IRS campaign has turned out to be not as hot as we thought it would be. But one way or another, we're going to make this up. With all of the stuff going on in D.C. these days, something's got to stick.
>
> ▓▓▓▓
> Account Manager
> ▓▓▓▓
> Mobile: ▓▓▓▓

# EXHIBIT C



On Jun 28, 2013, at 1:27 PM, Kelley Rogers wrote:

Hi all. Scott and ▮▮▮ I think this is going to affect you more than everyone else.

▮▮▮ need to refresh and rebuild our list for next year so here is what we are going to do.

1

Starting July 1st we are going to use 100% of all net revenue that comes in for list building. Scott we will continue to receive the reports for the FEC and we just need to make sure we send all monies generated through the email program to ▮▮▮ through at least May 2014 at which time we'll reevaluate.

▮▮▮ only exception to this may be Oct. of 2013 where we may need to use 25% of net just for that month because of the VA elections but I'll get back to everyone on that as we get closer to that day.

▮▮▮ Scott, as it relates to the rental income we are going to send that to Scott for Strike Force's operations. Please work that out between the two of you where it is advantageous tax wise etc.

Please put all of this into effect on July 1 and let me know if you have any questions.

OK I am going to be away next week but if you need me you can get me on my cell ▮▮▮ Happy 4th.

Kelley Rogers
www.strategiccampaigngroup.com
4600 North Fairfax Drive | Suite 802 | Arlington, VA 22203
202.537.9260 (direct) | 202.537.5822 (main) | 202.552.8794 (fax)

# EXHIBIT D

# (Separately Filed on Pacer with Sentencing Memorandum)

# EXHIBIT E

**From:** ▮▮▮
**Sent:** Wednesday, July 24, 2013 2:55 PM
**To:** Kelley Rogers
**Cc:** ▮▮▮
**Subject:** StrikeForce Prospecting

Kelley,

Wanted to give you an update on what prospecting has been looking like for us so far this month. In a word, it's been awesome. Here's the breakdown.

On the house file side, we've sent five emails, and we've netted **$11,855** (cost of $5,150, gross receipts of $17,005).

On the prospecting side, we've taken that net from the house file and plowed it into list rentals. These are hard asks, so we're asking people for contributions right up front. These are the harder types of names to collect, but they are much more valuable than a petition signature.

Here's what prospecting has yielded from July 1 to today:

Total spent: $25,515
Total raised: **$23,903**
Net: - (1,612) - out of the $11,855 we have netted from the house file
Avg gift: $47.90 - this is insanely high. Even higher than the house file's average gift.
New donors acquired: 499

That's a cost per donor of $3.23 - a crazy low cost. Usually we're happy if we can bring donors in at $25 apiece. All of this has been done on our ▮▮▮ campaign, so one thing's for sure - people love ▮▮▮.

We have four more lists rented for this week and next, and the plan is to continue putting ▮▮▮ front and center until people just don't want to hear about him any more. And at this rate, we're still bringing in money faster than we can spend it - a very good place to be. So the plan is to keep on churning, keep building this file, and keep staying in the black!

I'll let ▮▮ add anything he'd like to, but I honestly couldn't be happier with how this has been going. Looking forward to keeping this rolling for you guys. Take care!

▮▮▮

Account Manager
▮▮▮

# EXHIBIT F



From: 
Sent: Friday, July 26, 2013 10:33 AM
To: Kelley Rogers
Cc: 
Subject: Re: Email Recommendation

Things are rocking with ▓▓▓.

I'm a little concerned that we are mailing a lot and drawing a lot of attention to StrikeForce. I think it would be a good investment to cut either a radio ad or a TV ad in support of ▓▓▓. I have guys who can handle that if you want. If you have a team, thats perfect. An ad like that would be great for fundraising too. People love to give to get an ad on air.

Let me know what you think.

Vice President

# EXHIBIT G

On Aug 1, 2013, at 4:03 PM, "█████████" <█████████████████> wrote:

Hi Kelley,

This was a banner month for StrikeForce. As you know, we are currently in a building phase, so we're trying to maximize the number of new names we bring in while maintaining a positive balance on the account. Here's how the results shaped up:

Total spent: $61,416
Total raised: $68,822
**Net for month: + $7,406**
Total new names added: 1,014 (all donors, with an average gift of $47.89)

This is really awesome stuff for the middle of the summer in an off-year. The VA governor's race has been a HUGE help to the program. The average gift from these new donors is absolutely knocking it out of the park, and the house file is growing nicely with donors (much more valuable than subscribers).

All in all, we can't say enough good things about this program. We're planning to keep on rolling with ████ until the results really start to drop off. But until then, let's keep on growing!

████████

Account Manager
████████