# EXHIBIT D
# (Copies of Solicitations)

9/17/2018            Keyes 9-17-13.html



Dear Patriot,

==Conservative superstar Ken Cuccinelli is in real trouble in his race to be Virginia's governor.==

Money is pouring into his opponent, Terry McAuliffe's campaign at an unbelievable pace.

A Democratic Super PAC just cut him a check for *$1.2 million*. Ken simply can't keep up without our help. **This conservative hero needs you *NOW!***

[Please make an urgent contribution of $25, $30, $50, $100, $250, or more to help elect Ken Cuccinelli.]



A recent poll showed Ken running **six points behind** Terry McAuliffe. If we don't close that gap soon, we're going to run out of time to turn this race around.

==This is the very most important race in the nation this year. Virginia is a true swing state. And Ken Cuccinelli was the very first state attorney general to file suit against ObamaCare.==

Barack Obama wants to win this race real bad.

[Please, please help Ken by making the most generous contribution you possibly can today. This is urgent.]

McAuliffe and the liberals are trying to bury Ken under an unprecedented avalanche of negative ads. They believe they can effectively end this race before Labor Day because Ken doesn't have the resources to respond.

Without the help of independent conservative groups like **Conservative StrikeForce**, Ken Cuccinelli will lose this race, and Virginia will fall to the Democrats.

*It's as simple as that.*

==You see, Terry McAuliffe used to be the head of the Democratic National Committee. He's one of the sleaziest liberal hacks around. He's known as the nation's most prominent "political fixer."==



9/17/2018                                                           Keyes 9-17-13.html

And the Obama Democrats want him to "fix" conservative Ken Cuccinelli for good this fall.

**McAuliffe is very, very close friends with Hillary Clinton. She is pulling out all the stops for him. She wants a liberal Democrat to be in charge in Virginia to help her presidential campaign.**

Then there is Barack Obama. He despises Ken Cuccinelli because Ken fought ObamaCare in court and led the charge against his global warming nonsense.

**Ken is a no-nonsense, anti-establishment Republican. He is the left's worst nightmare.**

So the White House, the Obama political machine and every left-wing group in the nation is pouring money and resources into the Old Dominion.

Conservatives across America must unite _NOW_ to help Ken.

**I'm very serious about this. Ken Cuccinelli is an incredible candidate. But a lot of wishy-washy old-school types who might otherwise support him are shying away from his campaign.**

They fear Terry McAuliffe and his connections to the White House and the Clinton political machine.

This puts Ken Cuccinelli in a very, very tough spot. He has a great organization. He has high name ID and good favorable ratings.

But McAuliffe and his liberal allies have more money for hate ads than they know what to do with.

**Again, a Democratic super PAC just wrote Terry McAuliffe a check for _$1.2 million_. He has out-fundraised Ken by two-to-one!!**

That's why I am begging you to please make your very best donation to Conservative StrikeForce to help elect Ken Cuccinelli today.

We _MUST_ come to Ken's aid if he's going to stand a chance in this race. He's already falling behind, and we have to help him get back in the fight before it's too late.

**Ken has no chance without the help of independent grassroots conservative groups. _NONE_.**

We must pay for phone banks, get-out-the-vote programs, mailings, rallies - whatever it takes.

Please donate whatever you can right now. Ken Cuccinelli needs you!

Thank you in advance for all your help.



For America,

Strike Force is a federally registered Political Action Committee created to assist conservatives in their campaigns across the country. We are not raising funds in conjunction with any campaign. All contributions will be used by Strike Force for direct candidate contributions, independent expenditures and Get Out The Vote activities in strict compliance with any and all campaign finance laws. Our mission is to assist conservative candidates who are under assault by the liberal attack machine.



9/17/2018          Conservative StrikeForce PAC

**But in spite of it all, Ken Cuccinelli is running just a few points behind.**

And if we can turn out *every* *conservative* *voter* *in* *the* *state*, he can win this election - and give Barack Obama, the Democratic Party, and the Republican establishment a big black eye in the process!

*Please, help us push Ken to victory. Give whatever you can right away.*

**Conservative StrikeForce has already contributed *over* *$10,000* to Ken Cuccinelli's campaign.**

And with your help, our goal is to *double* that contribution in the next *three* *days*.

Your most generous contribution of $25, $35, $50, $100, $250, or more can make a difference in Ken Cuccinelli's campaign *right* *away*.

Our online system will process your gift instantly, and your contribution will be put to work immediately to get Virginia conservatives to the polls on Election Day.

So please, my friend, don't wait another minute. Every second counts in this nail-biter of a race.

*Please, click here to make your generous online contribution to help Ken Cuccinelli right now.*

Thank you in advance for your help!



For America,



Dennis Whitfield
Chairman, Conservative StrikeForce PAC

9/17/2018  Conservative StrikeForce PAC



Paid for by Conservative StrikeForce (www.conservativestrikeforce.com), a Political Action Committee, and not authorized by any candidate or candidate's committee.

Conservative StrikeForce PAC. Scott Mackenzie, Treasurer.

2776 South Arlington Mill Drive # 806, Arlington, VA 22206

Tel: 1-888-295-6480

Contributions are not deductable as charitable contributions for federal income tax purposes.

Unsubscribe

StrikeForce is a federally registered Political Action Committee created to assist conservatives in their campaigns across the country. We are not raising funds in conjunction with any campaign. All contributions will be used by StrikeForce for direct candidate contributions, independent expenditures and Get Out The Vote activities in strict compliance with any and all campaign finance laws. Our mission is to assist conservative candidates who are under assault by the liberal attack machine.



9/17/2018     Conservative StrikeForce PAC

**Dear Patriot,**

Conservative Strike Force has promised to raise $50,000 to support Ken Cuccinelli by tomorrow night.

**Unfortunately, unless you make a generous contribution now, we will fall short of that goal.**

Please make an urgent and generous contribution of $25, $30, $50, $100, $250, or whatever you can afford to our Virginia Victory money bomb.

We are almost out of time, and Ken Cuccinelli *really* needs our help.

This conservative hero is being pounded *night* and *day* by Barack Obama's friend Terry McAuliffe.

McAuliffe has raised millions for negative ads. It's unprecedented.

That's why why I declared that grassroots conservatives would get involved in Ken's race in a big way. I launched this massive money bomb and hoped for the best.

**Now, we are in big trouble. We have only one day left, and we *must* raise $11,595.**

So, once again, please make the very best donation you can today to help Ken Cuccinelli.

file:///D:/House%209-30-13.html    *Help Me Keep My Cuccinelli Promise*    1/3

9/17/2018  Conservative StrikeForce PAC

This man deserves your support. He was the first state attorney general to file suit against Obamacare.

He's fought the "climate change" extremists. He's battled for the rights of the unborn.

**He believes in the Constitution and will defend it with everything he's got.**

Now it's time for grassroots conservatives to join this campaign and fight with everything we've got.

Make the best gift you can right now.

Terry McAuliffe is as liberal as they come.

**He says he'll *force* Obamacare on Virginia, crack down on their gun rights, and shut down their coal plants.**

He wants to raise taxes and crush businesses. **He is bad, bad news.**

No conservative anywhere can afford to sit by and let an extremist like this win.

Please, donate whatever you can right now.

Help me keep my promise. *Help us reach our $50,000 goal by tomorrow!*



For America,



Dennis Whitfield
Chairman, Conservative StrikeForce PAC

Paid for by Conservative StrikeForce (www.conservativestrikeforce.com), a Political Action Committee, and not authorized by any candidate or candidate's committee.

Conservative StrikeForce PAC, Scott Mackenzie, Treasurer.
2776 South Arlington Mill Drive # 806, Arlington, VA 22206
Tel: 1-888-251-0271
Contributions are not deductable as charitable contributions for federal income tax purposes.
Unsubscribe



9/17/2018                Newsmax 11-4-13.html



Dear Patriot,

The very latest poll has Cuccinelli *just one point behind* leftist Terry McAuliffe in Virginia...

... and this election is **TOMORROW!!**

Barack Obama was in a heavily Democratic part of the state over the weekend in a desperate bid to rally the liberal vote. The Democrats know that Terry McAuliffe is in trouble.

**All we have to do is get out the conservative vote, and Ken Cuccinelli will *WIN*!**



[Please make an urgent contribution of $25, $30, $50, $100, $250, or more to our emergency Virginia GOTV and election security effort *NOW*.]

Obama and the Democrats are *terrified*, so they are mobilizing all their "community organizers" in an emergency bid to save Terry McAuliffe.

Ken Cuccinelli still needs help with his conservative turnout operation in the final 24 hours of this campaign, and we need to pay for attorneys to fight ballot fraud across Virginia.

But things are looking good *if* we can just raise the last-minute funds to pay for these projects.

[*Tomorrow is Election Day*, so please make the very best donation you possibly can immediately.]

In recent days, support for Democrats in Virginia has cratered. Voters are furious about Obamacare, and Ken is making McAuliffe's support for this horrible law the centerpiece of his campaign.



**If Ken Cuccinelli can pull off this upset - Obamacare is *politically dead* in Washington!**

**Ken's path to victory is *very clear* - simply turn out the conservative vote and keep the Democrats from stealing it.**

That's why it is so important that we raise the necessary funds for GOTV and Election Day lawyers.

Your generous contribution could make the difference in this election, my friend.

file:///D:/Newsmax%2011-4-13.html    *Cuccinelli is in a One Point Race*    1/2

9/17/2018                                                Newsmax 11-4-13.html

==Your gift right now will be *instantly processed* and sent directly to the front lines of this last-chance get-out-the-vote effort.==

So please, don't delay. Give what you can right now.

Terry McAuliffe knows he's in trouble and that his political base is very unmotivated.

**That's why he allowed Barack Obama to come into the state to campaign.**

Ken Cuccinelli is surging, and the liberals are on the defensive.

Now it's time to finish them off.

Please do what you can right away.



For America,



Dennis Whitfield
Chairman, Conservative StrikeForce PAC

Paid for by Conservative StrikeForce (www.conservativestrikeforce.com), a Political Action Committee, and not authorized by any candidate or candidate's committee.

Conservative StrikeForce PAC. Scott Mackenzie, Treasurer.
2776 South Arlington Mill Drive # 806, Arlington, VA 22206
Tel: 1-888-295-6480
==Contributions are not deductable as charitable contributions for federal income tax purposes.==

==Strike Force is a federally registered Political Action Committee created to assist conservatives in their campaigns across the country. We are not raising funds in conjunction with any campaign. All contributions will be used by Strike Force for direct candidate contributions, independent expenditures and Get Out The Vote activities in strict compliance with any and all campaign finance laws. Our mission is to assist conservative candidates who are under assault by the liberal attack machine.==



9/17/2018 — Conservative StrikeForce PAC

**Fellow Conservative,**

Thank you so very much for your support of Conservative StrikeForce.

Because of you, we have been able to contribute *more than* **$15,000.00** directly to Ken Cuccenelli's campaign, launch thousands of get-out-the-vote phone calls on his behalf, and hire the best election law attorney available in case of voter fraud issues.

We have done almost everything there is to do to help Ken.

**Now, it is all about turning out the conservative vote.**

I am concerned as I write this email that Republican turnout is low. Many of our best precincts are running well behind the turnout levels we need in order for Ken to win.

Get Out the Vote is the *most important thing* we can do to achieve victory, which is why I must ask for your immediate help one more time.

I am prepared to launch an aggressive last minute GOTV drive if StrikeForce can raise the sufficient emergency funds.

It is now 3 pm, and I must raise at least **$4,375.00 by 5 pm** so we can launch a last-minute batch of GOTV phone calls into crucial Republican precincts.

That will give these voters 2 hours to get to the polls and help Ken win this election.

StrikeForce has spent *all available resources* to help Ken win. You obviously understand that we cannot risk a deficit going into next year's election when we will elect enough conservative Senators to remove Harry Reid as Majority Leader.

file:///D:/House%2011-5-13%20PM.html    *Urgent Last Minute GOTV Drive*    1/3

**So, I must come to you at this late hour and ask for one more special contribution right now.**

==I have *3 hours* to raise these funds. The calls *must* start at 5 pm if we are to effectively remind Republicans to go to the polls.==

**Will you help?**

Thank you for all you've done in this crucial campaign. Let's bring home a win!

[Donate]
MasterCard VISA AMEX Discover

For America,

Dennis Whitfield
Chairman, Conservative StrikeForce PAC

**STAY IN THE KNOW**
Text *"StrikeForce"* to 313131

Paid for by Conservative StrikeForce (www.conservativestrikeforce.com), a Political Action Committee, and not authorized by any candidate or candidate's committee.

Conservative StrikeForce PAC. Scott Mackenzie, Treasurer.
2776 South Arlington Mill Drive # 806, Arlington, VA 22206
Tel: 1-888-295-6480



9/17/2018        Conservative StrikeForce PAC

Contributions are not deductable as charitable contributions for federal income tax purposes.

Unsubscribe

StrikeForce is a federally registered Political Action Committee created to assist conservatives in their campaigns across the country. We are not raising funds in conjunction with any campaign. All contributions will be used by StrikeForce for direct candidate contributions, independent expenditures and Get Out The Vote activities in strict compliance with any and all campaign finance laws. Our mission is to assist conservative candidates who are under assault by the liberal attack machine.

9/17/2018                                              Conservative StrikeForce PAC



Dear Fellow Patriot,

Thank you for your recent support of Conservative StrikeForce as we stood side-by-side with Ken Cuccenelli in Virginia. I want you to know that we did all we could do, fought as hard as we could fight, and left no stone unturned to help Ken.

**With your support, we were able to give $15,000 directly to Ken's campaign and invest *tens of thousands more* in get-out-the-vote work on his behalf.**

Unfortunately, Ken fell a little short, but because of your support StrikeForce was able to make a real difference in this race.

**It never would have been this close had it not been for the aggressive get-out-the-vote work that you helped us execute.**

As disappointed as we are - *and we are terribly disappointed* - our work goes on to elect strong conservatives to office. Our fight is for freedom…liberty…the first principles of our nation. We fight for the taxpayer, the small business owner, and the families of America.

**And, just because we have lost one election does not mean that we will withdraw quietly to the corner and allow the liberals to run over us and our values.**

As you would no doubt guess, our work for 2014 has already started.

Conservative StrikeForce will be on the front lines fighting Harry Reid and his liberal cronies every step of the way. Our primary goal is to remove Harry Reid as Majority Leader of the Senate.

We only need six Senate seats, and there are great opportunities all across the country to win these seats and take power away from Harry Reid.

**I hope you will stay engaged and continue to support our work.** This fight for the soul of America has just begun, and we will not give an inch. We will not retreat. And we will not stand down!

You will be hearing much more from me in the coming weeks and months as we go to work. I hope you will stand with us as faithfully as you always have. **StrikeForce is a**

file:///D:/House%2011-6-13.html              *Thank You*                                1/3

9/17/2018 Conservative StrikeForce PAC

year-round political presence, and if you are in a position to make a contribution now to help us offset our operating expenses that would be much appreciated.

It may be that you need a break from politics, and if that's the case, I certainly understand...*but please just make it a short one!* We need you on the conservative team in 2014!

Thank you so much for standing with us this year. God bless you and your family. I wish you a wonderful holiday season.





For America,



Dennis Whitfield
Chairman, Conservative StrikeForce PAC



Paid for by Conservative StrikeForce (www.conservativestrikeforce.com), a Political Action Committee, and not authorized by any candidate or candidate's committee.

file:///D:/House%2011-6-13.html 2/3



9/17/2018

Conservative StrikeForce PAC

Conservative StrikeForce PAC. Scott Mackenzie, Treasurer.

2776 South Arlington Mill Drive # 806, Arlington, VA 22206

Tel: 1-888-295-6480

Contributions are not deductable as charitable contributions for federal income tax purposes.

Unsubscribe

StrikeForce is a federally registered Political Action Committee created to assist conservatives in their campaigns across the country. We are not raising funds in conjunction with any campaign. All contributions will be used by StrikeForce for direct candidate contributions, independent expenditures and Get Out The Vote activities in strict compliance with any and all campaign finance laws. Our mission is to assist conservative candidates who are under assault by the liberal attack machine.