# EXHIBIT 2

The Honorable Liam O'Grady
United States District Court for the Eastern District of Virginia
Albert V. Bryan United States Courthouse
401 Courthouse Square
Alexandria, VA 22314

January 14, 2020

RE: United States vs. Kelley Rogers

Dear Judge O'Grady:

My name is Kelley Rogers and I will be appearing before you for sentencing in this case on Friday, January 17, 2020. I will be making a public statement at that time accepting my responsibility and apologizing for my actions, but I wanted to also write you personally prior to that time.

First, I accept full responsibly for my actions. I was wrong. I made bad decisions for my political action committees. These actions and plans were mine and mine alone. I wanted to grow political organizations and raise money. My exuberance for the process led to me making some bad decisions. I made those decisions and I am very sorry.

Second, I would like for you to know how very ashamed I am. I am mortified. As this process reaches a conclusion. I am filled with embarrassment, regret and shame. It is really humbling to ask for forgiveness. I have spent a lot of time with family, friends and clients discussing my failures. Their disappointment is evident, as is their grief. They expected so much more of me and I let every one of them down. Every one of them. I really cannot imagine any deeper humiliation for my family, friends and myself. I am ashamed.

Perhaps the most difficult part of the situation I have created revolves around the fact that I know I failed. I was raised by two loving parents who had high standards and expectations and they would be so heartbroken. I am so very thankful they are not here to see this.

I have spent almost thirty years in professional politics advancing causes and candidates...it has been my life. I had built a great reputation over those years and now I have destroyed it all. Because of my actions, I will be known for the rest of my life as Kelley Rogers...convicted felon.

Third, I have broken the law and I know I must be punished.  I am very hopeful for your mercy, hopeful that your will see the totality of my life and hopeful to begin my journey into a second chance as soon as possible.

I will accept my punishment with regret for my actions, but, not bitterness. Whatever my sentence, I want you to know I will serve it with a determination to arrive at a successful outcome once my obligation is completed.

My responsibility will be to serve my sentence, right my wrongs, love my family, restore my reputation, restore my career, improve my health and continue to do good things for people especially, the less fortunate. I will fulfil those responsibilities.

I do not want to be a burden on the government or the taxpayers.  I want to be a law abiding, faithful citizen.  I want to contribute to society as best I can.

Thankfully, there are many clients and friends who are willing to give me a second chance.  They have forgiven me.  I will make the most of this opportunity, learn from this experience and make certain not to repeat my mistakes.

Thank you.

Sincerely,

*Kelley Rogers*

Kelley Rogers